**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| **SILVIA PARRA**, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| v. | ) | |
| | ) | |
| **GALVESTON COUNTY, TEXAS**; | ) | **CASE NO.: 3:25−cv−00408** |
| **GALVESTON COUNTY** | ) | |
| **DISTRICT ATTORNEY'S** | ) | |
| **OFFICE,** | ) | |
| | ) | |
| *Defendants.* | ) | |

## PLAINTIFF COUNSEL'S SHOWING OF CAUSE

COMES NOW the Plaintiff SILVIA PARRA, by and through undersigned counsel, and presents the following explanation and answer as to why Plaintiff's claims against defendants should not be dismissed for failure to prosecute.

Plaintiff's counsel experienced technical difficulties on the morning of April 8th, 2026 the delayed Plaintiff's appearance for the scheduling conference scheduled for that morning. Due to Plaintiff's tardiness, by the time Plaintiff was able to access the online courtroom – Plaintiff's counsel was unable to gain access although the correct information was entered to appear.

Plaintiff's Counsel takes responsibility for the tardiness at issue and the disrespect it showed the court, and can assure a timelier arrival for all hearings moving forward.

Respectfully submitted,

/s/ Frank J. Pehlke
Frank J. Pehlke (24129366)
Garrett P. Dennis (pro hac vice
pending)
Attorney for Plaintiff

**OF COUNSEL:**

DENNIS INJURY LAW
9724 Kingston Pike
Suite 702
Knoxville, TN 37922
fpehlke@dennisinjurylaw.com
gdennis@dennisinjurylaw.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this the 15th day of April, 2026, electronically filed the foregoing using the ECF filing system, which will serve electronic notifications of such filing to any counsel of record, and/or placed a copy of the same in the U.S. Mail, to the following:

Galveston County Clerk
Galveston County, Texas
Justice Center
600 59th St. Suite 2001
Galveston, TX 77551

Galveston County District Attorney
Galveston County, Texas
Justice Center
600 59th St. Suite 2001
Galveston, TX 77551

/s/ Frank J. Pehlke
OF COUNSEL