**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| **SILVIA PARRA**, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| v. | ) | |
| | ) | |
| **GALVESTON COUNTY, TEXAS**; | ) | **CASE NO.: 3:25−cv−00408** |
| **GALVESTON COUNTY** | ) | |
| **DISTRICT ATTORNEY'S** | ) | |
| **OFFICE,** | ) | |
| | ) | |
| *Defendants.* | ) | |

**PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW AS
ATTORNEYS OF RECORD**

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES Dennis Injury Law and Attorneys Frank J. Pehlke and Garrett P. Dennis, counsel of record for Plaintiff Silvia Parra, and respectfully move this Court for permission to withdraw as attorneys of record in the above-captioned matter.  In support thereof, counsel states as follows:

**I. GROUNDS FOR WITHDRAWAL**

1. Irreconcilable differences have arisen between counsel and Plaintiff Silvia Parra that make further representation impossible. The attorney-client relationship has irretrievably broken down to the point that continued representation would be ineffective and detrimental to the interests of all parties involved.

2. The cumulative effect of these irreconcilable differences has rendered counsel unable to effectively advocate on Plaintiff's behalf, and further representation would be unreasonably difficult under the circumstances.

**II. AUTHORITY**

Texas Disciplinary Rule of Professional Conduct 1.15, which governs the professional conduct of attorneys practicing before this Court, permits an attorney to withdraw from representation when the representation has been rendered unreasonably difficult by the client or when other good cause for withdrawal exists.  The Local Rules of the United States District Court for the Southern District of Texas further provide that an attorney of record may withdraw from a case only upon motion and order of the Court.  The grounds set forth herein constitute good cause for withdrawal under applicable law and the rules of professional conduct.

### III. NOTICE TO CLIENT

Counsel has provided written notice of this Motion to Withdraw to Plaintiff Silvia Parra at her last known address, and has advised Plaintiff of her right to object to this Motion, of all pending settings and deadlines in this matter, and of her right to retain substitute counsel or proceed pro se.

### IV. PRAYER

WHEREFORE, PREMISES CONSIDERED, Dennis Injury Law and Attorneys Frank J. Pehlke and Garrett P. Dennis respectfully request that this Court grant this Motion to Withdraw as Attorneys of Record for Plaintiff Silvia Parra, and for such other and further relief to which counsel may be justly entitled.

Respectfully submitted,

/s/ Frank J. Pehlke
Frank J. Pehlke (24129366)
Garrett P. Dennis (pro hac vice pending)
*Attorneys for Plaintiff*

**OF COUNSEL:**
DENNIS INJURY LAW
9724 Kingston Pike
Suite 702
Knoxville, TN 37922
fpehlke@dennisinjurylaw.com
gdennis@dennisinjurylaw.com

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Plaintiff's Counsel's Motion to Withdraw as Attorneys of Record has been electronically filed on this the 9th day of July, 2026, using the ECF filing system, which will serve electronic notification of such filing upon all counsel of record, and that a copy of the same has been forwarded to Plaintiff Silvia Parra at her last known address via certified mail, return receipt requested.

/s/ Frank J. Pehlke
Frank J. Pehlke