United States District Court
Southern District of Texas
**ENTERED**
July 10, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| SILVIA PARRA, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 3:25-cv-00408 |
| | § | |
| GALVESTON COUNTY, TEXAS, *et al.*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Dennis Injury Law and Attorneys Frank J. Pehlke and Garrett P. Dennis ("Plaintiff's Counsel") have filed a motion to withdraw as counsel of record for Plaintiff Sylvia Parra. *See* Dkt. 29. An oral hearing will be held on the motion by Zoom on Friday, July 17, 2026, at 10 a.m. The Zoom link is:

https://www.zoomgov.com/j/1601995344?pwd=b3lqWHBLQzBreGl2eDRmVXh5MjBsUT09

Plaintiffs' Counsel and Ms. Parra are all ordered to attend the hearing. Plaintiffs' Counsel are also ordered to send notice of this order by email, regular mail, and certified mail to Ms. Parra, and to provide the court with proof of the same by Tuesday, July 14, 2026. Plaintiff's Counsel are also ordered to call Ms. Parra to inform her of the hearing date and time, as well as Ms. Parra's need to participate in the hearing. Finally, Plaintiffs' Counsel are ordered to provide Ms. Parra's last known phone number, email address, and mailing address to my case manager, Ruben Castro.

SIGNED this 10th day of July 2026.

ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE