United States District Court
Southern District of Texas
ENTERED
August 19, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| SILVIA PARRA, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| V. | § | 3:25-cv-408 |
| | § | |
| GALVESTON COUNTY, TEXAS, *et al.*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION**

On June 3, 2026, all pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 26. Judge Edison filed a memorandum and recommendation on July 17, 2026, recommending that the defendants' motion to dismiss, Dkt. 28, be granted and that the plaintiff's motion to compel, Dkt. 15, be denied as moot. Dkt. 34. Judge Edison also recommended that the plaintiff be given 45 days from the date the recommendation is adopted to file an amended complaint.

No objections have been filed to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly:

(1) Judge Edison's memorandum and recommendation, Dkt. 34, is approved and adopted in its entirety as the holding of the court;

(2) The defendants' motion to dismiss, Dkt. 28, is granted;

(3) The plaintiff's motion to compel, Dkt. 15, is denied as moot; and

(4) The plaintiff has until Monday, October 5, 2026, to file an amended complaint. If the plaintiff does not file an amended complaint by October 5, 2026, the court will enter a final judgment dismissing this case.

SIGNED on Galveston Island this 19th day of August 2026.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE